IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Versell | Case Number: 09 B 05854 |
|---|---|---|
| | Taylor, Karen | Judge: Goldgar, A. Benjamin |
| | Printed: 03/24/09 | Filed: 2/24/09 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 18, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 3,444.00 | 0.00 |
| 3. | Carrington Mortgage Services, LLC | Secured | 5,305.48 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 1,002.37 | 0.00 |
| 5. | Ffcc Columbus Inc | Unsecured | 26.05 | 0.00 |
| 6. | Chrysler Financial Services Americas LLC | Unsecured | 4.44 | 0.00 |
| 7. | Merrick Bank | Unsecured | 115.73 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 66.56 | 0.00 |
| 9. | Bank Of America | Secured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | H & R Block | Unsecured | | No Claim Filed |
| 18. | Avon Products | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | MRSI | Unsecured | | No Claim Filed |
| 23. | Country Door | Unsecured | | No Claim Filed |
| 24. | Miracle Financial Inc | Unsecured | | No Claim Filed |
| 25. | J T Iwanetz | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Versell | Case Number: 09 B 05854 |
| --- | --- | --- |
| | Taylor, Karen | Judge: Goldgar, A. Benjamin |
| | Printed: 03/24/09 | Filed: 2/24/09 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- |
| 27. Nicor Gas | Unsecured | | No Claim Filed |
| 28. Progressive Management Systems | Unsecured | | No Claim Filed |
| 29. Palisades Collection LLC | Unsecured | | No Claim Filed |
| 30. Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | $ 9,964.63 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*